UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EWING CONSTRUCTION CO., INC., | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:10-CV-256 |
| | § § | |
| AMERISURE INSURANCE COMPANY, | § § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Notice of Dismissal (DE #43) and the Court's Order dated May 1, 2014, the Court hereby enters this **FINAL JUDGMENT.**

SIGNED and ORDERED this 1st day of May, 2014.

_____
Janis Graham Jack
Senior United States District Judge